1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSH THOMAS,

                Plaintiff,

    v.

BARCLAYS BANK DELAWARE,

                Defendant.

Case No. C20-5937-JCC-MLP

ORDER

On December 9, 2020, Defendant submitted an Unopposed Motion for Extension of Time

to File Answer ("Defendant's Motion"). (Dkt. # 10.) Defendant represented that its Motion was

unopposed "based on Plaintiff's silence" after having called and emailed Plaintiff's counsel

multiple times without receiving a response. (*Id.* at 1.) Defendant requests that the Court extend

the current responsive pleading deadline 30 days from December 14, 2020, to January 13, 2021,

to allow Defendant additional time to evaluate the complaint and to allow the parties to explore

settlement. (*Id.*)

On December 10, 2020, Plaintiff filed a Response to Defendant's Motion requesting that

the Court deny Defendant's Motion. (Dkt. # 12.) Plaintiff argues that Defendant has failed to

ORDER - 1

1    demonstrate good cause for an extension on the responsive pleading deadline after already

2    having had 60 days to file an answer. (*Id.*; *see* dkt. # 11.)

3         Accordingly, because this extension request is in fact opposed and Defendant has failed

4    to articulate a good cause reason for an extension pursuant to Fed. R. Civ. P. Rule 6(b)(1),

5    Defendant's Motion (dkt. # 10) is DENIED. The Clerk of the Court is directed to send a copy of

6    this Order to the parties and to the Honorable John C. Coughenour.

7

8         Dated this 14th day of December, 2020.

9

10                                    MICHELLE L. PETERSON
                                      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2