THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH THOMAS, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>   v.<br><br>BARCLAYS BANK DELAWARE,<br><br>                 Defendant. | CASE NO. C20-5937-JCC-MLP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 29). The parties inform the Court that they have reached a settlement in this matter and anticipate filing a stipulation for dismissal within 30 days. (*Id.*) Accordingly, the Court ORDERS:

1. The jury trial set for August 29, 2022 is stricken and all pending motions are terminated;
2. The parties must file dismissal paperwork or a joint status report on or before April 19, 2021; and
3. The Clerk is directed to statistically close this case pending the anticipated filing by the parties of a stipulated dismissal.

MINUTE ORDER
C20-5937-JCC-MLP
PAGE - 1

DATED this 18th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
