THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH THOMAS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>BARCLAYS BANK DELAWARE,<br><br>                    Defendant. | CASE NO. C20-5937-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation of dismissal (Dkt. No. 31). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate to the dismissal of this case with prejudice, with each party to bear its own costs. (Dkt No. 31.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, Plaintiff Josh Thomas' individual claims in the complaint are dismissed with prejudice; the claims in the complaint brought on behalf of the putative class are dismissed without prejudice; and the parties shall each bear their own attorneys' fees and costs in this matter. The Clerk is directed to CLOSE this case.

DATED this 26th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
